**FEBRUARY 6, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided by Local Rules 83.12 through 83.14.

**08 C 786**

In the Matter of                                         Case Number:

FEDERAL INSURANCE COMPANY,
Plaintiff,

v.

SCHWARTZ COOPER, CHARTERED,
Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FEDERAL INSURANCE COMPANY

**JUDGE COAR
MAGISTRATE JUDGE BROWN**

| | |
|---|---|
| NAME (Type or print)<br> Janet R. Davis | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ Janet R. Davis | |
| FIRM<br> Meckler Bulger & Tilson LLP | |
| STREET ADDRESS<br> 123 North Wacker Drive, Suite 1800 | |
| CITY/STATE/ZIP<br> Chicago, IL 60606 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> 3127025 | TELEPHONE NUMBER<br> 312-474-7947 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐