FILED
FEBRUARY 6, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided by Local Rules 83.12 through 83.14.

**08 C 786**

In the Matter of                                    Case Number:

FEDERAL INSURANCE COMPANY,
Plaintiff,
v.
SCHWARTZ COOPER, CHARTERED,
Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FEDERAL INSURANCE COMPANY

JUDGE COAR
MAGISTRATE JUDGE BROWN

| | |
|---|---|
| NAME (Type or print)<br>Anne L. Blume | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Anne L. Blume | |
| FIRM<br>Meckler Bulger & Tilson LLP | |
| STREET ADDRESS<br>123 North Wacker Drive, Suite 1800 | |
| CITY/STATE/ZIP<br>Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6206581 | TELEPHONE NUMBER<br>312-474-4465 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |