# IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No.: 08 C 786 |
| v. | ) |
| | ) Judge Coar |
| SCHWARTZ COOPER, CHARTERED, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## NOTICE OF MOTION

TO:    Schwartz Cooper Chartered
        180 North LaSalle Street, Suite 2700
        Chicago, IL 60601

**YOU ARE HEREBY NOTIFIED** that on **Friday, February 15, 2008**, at the hour of **9:00 a.m.**, we shall appear before the **Honorable David H. Coar**, or any judge sitting in his stead, in Room 1478 in the United States District Court, 219 S. Dearborn, Chicago, Illinois, and shall then and there present **Federal Insurance Company's Motion for Expedited Production and Enforcement of an Arbitration Subpoena**, a copy of which is attached hereto and hereby served upon you.

| | |
|---|---|
| MECKLER BULGER & TILSON LLP | Attorney for Plaintiff |
| 123 North Wacker Drive, Suite 1800 | Chicago, Illinois 60606 |
| (312) 474-7900 | |

## PROOF OF SERVICE

The undersigned, a non-attorney, certify that I served this notice by facsimile, messenger and mailing a copy to the aforementioned parties at their respective address and depositing the same in the U.S. Mail at 123 North Wacker Drive, Chicago, Illinois 60606 at 5:00 p.m. on February 7, 2008, with proper postage prepaid.

[X]    Under penalties as provided by law pursuant to
        Il.Rev.Stat.Chap. 110 Section 1-109, I certify that
        the statements set forth herein are true and correct.