**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No.: 08 C 786 |
| SCHWARTZ COOPER, CHARTERED | ) | |
| | ) | Judge Coar |
| Defendant. | ) | Magistrate Brown |
| | ) | |
| | ) | |

**FILED**

FEB - 6 2008
2-6-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## DISCLOSURE STATEMENT

The undersigned, counsel of record for Plaintiff, Federal Insurance Company, furnishes

the following in compliance with Fed. Rule Civ. Pro. 7.1(a):

1.    The undersigned represents Federal Insurance Company.

2.    (a)    Federal Insurance Company is 100 percent owned by the Chubb
Corporation.

(b)    Federal Insurance Company is not a publicly held corporation, and there is
no shareholder with more than a 10% interest in the Chubb Corporation.

FEDERAL INSURANCE COMPANY

By: _____
One of its Attorneys

Janet R. Davis
Anne L. Blume
MECKLER, BULGER & TILSON LLP
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
312/474-7900
312/474-7898 fax
O:\6760\pleading\Certificate of Interest - petition.doc