IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 08 C 786 ) ) Judge Coar |
| SCHWARTZ COOPER, CHARTERED, | ) ) |
| Defendant. | ) ) ) |

## AMENDED NOTICE OF MOTION

TO: Schwartz Cooper Chartered
180 North LaSalle Street, Suite 2700
Chicago, IL 60601

**YOU ARE HEREBY NOTIFIED** that on **Tuesday, February 19, 2008**, at the hour of **9:00 a.m.**, we shall appear before the **Honorable David H. Coar**, or any judge sitting in his stead, in Room 1478 in the United States District Court, 219 S. Dearborn, Chicago, Illinois, and shall then and there present **Federal Insurance Company's Motion for Expedited Production and Enforcement of an Arbitration Subpoena**, a copy of which is was previously served upon you.

| | |
|---|---|
| MECKLER BULGER & TILSON LLP<br>123 North Wacker Drive, Suite 1800<br>(312) 474-7900 | Attorney for Plaintiff<br>Chicago, Illinois 60606 |

### PROOF OF SERVICE

The undersigned, a non-attorney, certify that I served this notice by facsimile and mailing a copy to the aforementioned parties at their respective address and depositing the same in the U.S. Mail at 123 North Wacker Drive, Chicago, Illinois 60606 at 5:00 p.m. on February 13, 2008, with proper postage prepaid.

_____
[X]   Under penalties as provided by law pursuant to
Il.Rev.Stat.Chap. 110 Section 1-109, I certify that
the statements set forth herein are true and correct.