UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
Eastern Division

Federal Insurance Company
                            Plaintiff,

v.                                                    Case No.: 1:08−cv−00786
                                                    Honorable David H. Coar

Schwartz Cooper, Chartered
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 19, 2008:

      MINUTE entry before Judge David H. Coar : Motion hearing held on 2/19/2008 regarding motion to expedite [8]. Set deadlines/hearing as to motion to expedite [8]. Responses due by 2/26/2008, no reply as yet. Motion to expedite [8] is entered and continued to 2/28/2008 at 09:00 A.M.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.