## CERTIFICATE OF SERVICE

Seth Mann Rosenberg, hereby certifies that on February 26, 2008, he electronically filed the foregoing **Appearances** and **Schwartz Cooper's Response to Federal Insurance Company's Motion for Expedited Production and Enforcement of an Arbitration Subpoena** and that the same were served by messenger upon the following before the hour of 5:00 p.m.:

>Anne Blume
>Meckler, Bulger & Tilson LLP
>123 North Wacker Drive, Suite 1800
>Chicago, Illinois  60606

                                                              /s/ Seth Mann Rosenberg
                                                              Seth Mann Rosenberg