## CERTIFICATE OF SERVICE

The undersigned, a non-attorney, certify that I caused a copy of *Federal Insurance Company's Reply Memorandum in Support of Motion for Expedited Production and Enforcement of an Arbitration Subpoena* to be served on the following via U.S. Mail this 6th day of March, 2008:

>Richard G. Schwartz
>Seth M. Rosenberg
>Schwartz Cooper Chartered
>180 North LaSalle Street, Suite 2700
>Chicago, IL 60601

*Sandra D. Pointer* (signature)