IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.: 08 C 786 |
| v. | ) | |
| | ) | Judge Coar |
| SCHWARTZ COOPER, CHARTERED | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on the 6th day of March, 2008, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Plaintiff's Reply Memorandum in Support of Motion for Expedited Production and Enforcement of an Arbitration Subpoena,** a copy of which is attached.

By:_____
One of its Attorneys

Janet R. Davis
Anne L. Blume
MECKLER, BULGER & TILSON LLP
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
312/474-7900
312/474-7898 fax
O:\6760\Schwartz Cooper Proceedings\NOF -3-6-08.doc