**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Federal Insurance Company
                      Plaintiff,

v.                                                Case No.: 1:08–cv–00786
                                                     Honorable David H. Coar

Schwartz Cooper, Chartered
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 19, 2008:

      MINUTE entry before Judge Honorable David H. Coar: Motion hearing held on 3/19/2008 regarding motion to expedite [8]. MOTION by Plaintiff Federal Insurance Company to expedite Prod. and Enforcement of an Arbitration Subpoena is continued to 3/20/2008 at 9:00 a.m. Motion Hearing set for 3/20/2008 at 09:00 AM.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.