**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division**

Federal Insurance Company

                              Plaintiff,

v.                                                Case No.: 1:08−cv−00786
                                                Honorable David H. Coar

Schwartz Cooper, Chartered

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 20, 2008:

      MINUTE entry before Judge Honorable David H. Coar: Motion hearing held on 3/20/2008 regarding motion to expedite[8]. MOTION by Plaintiff Federal Insurance Company to expedite Production and Enforcement of an Arbitration Subpoena[8] is granted. Defendant shall produce documents within 7 days. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.